**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7775**

CLARENCE T. FOX, JR.,

                    Plaintiff - Appellant,

          v.

WARDEN DARLENE DREW; CARL DOZIER, Trust Fund Supervisor;
LUIS BERRIOS, Clinical Director; LINDA MCDANNOLD, a/k/a L.
MacDannold, Health Services Administrator; DAWN ALLENDER,
a/k/a D. Allender, Material Handler Supervisor,

                    Defendants - Appellees.


Appeal from the United States District Court for the District of
South Carolina, at Anderson.   Marcy G. Lewis, District Judge.
(8:12-cv-00421-MGL)


Submitted:  March 27, 2014          Decided:  March 31, 2014


Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior
Circuit Judges.


Affirmed by unpublished per curiam opinion.


Clarence T. Fox, Jr., Appellant Pro Se.  Marshall Prince, II,
Assistant United States Attorney, Columbia, South Carolina, for
Appellees.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence T. Fox, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Fox v. Drew, No. 8:12-cv-00421-MGL (D.S.C. Sept. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED